```
                                  Case 07-21924   Doc 24   Filed 04/23/08   Entered 04/23/08 18:59:32   Desc Main
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
                                                   Document     Page 1 of 1
IN RE:                                                      CASE NO. 07 B 21924
    ALEXIS BROOKS
                                                            CHAPTER 13

                                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2895


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/21/2007 and was not confirmed.

    The case was dismissed without confirmation 01/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
HOME LOAN SERVICES        SECURED NOT I        .00            .00            .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED            .00            .00
HERITAGE PLACE HOME OWNE  SECURED NOT I        .00            .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL BANK    SECURED NOT I  37240.41             .00            .00
HOME LOAN SERVICES        SECURED NOT I        .00            .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                          -------------    -------------
TOTALS                        .00                .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 04/23/08               _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```